UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON BOURBEAU

v.                                            CA 10-323 ML

RHODE ISLAND PAROLE BOARD

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Hagopian on November 2, 2010. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation. The Complaint in this matter is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2).

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
December  /  , 2010